

1  BENJAMIN B. WAGNER
   United States Attorney
2  RICHARD J. BENDER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF 1527 LIMEWOOD ROAD, SACRAMENTO, CA. | S.W. NO. 2:12-SW-303 DAD<br><br>REQUEST TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT; ORDER |
|---|---|

The search warrant in the above-captioned proceeding was executed on June 11, 2012. As a result, there is no need for the search warrant or search warrant affidavit to remain under seal. Accordingly, the United States asks that the Court order that the search warrant and search warrant affidavit be unsealed.

BENJAMIN B. WAGNER
United States Attorney

Date: 6/11/12

By: RICHARD J. BENDER
Assistant United States Attorney

O-R-D-E-R

It is so ORDERED,
this 11th day of June, 2012

_____
DALE A. DROZD
U.S. Magistrate Judge

1