BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS JASON STREET, NANCY SOPEANY PHENG STREET, AND SANSCO DBA EL CAMINO WELLNESS CENTER, A CALIFORNIA CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | 2:12-SW-00303-DAD<br><br>[and related case 2:12-SW-00320-DAD]<br><br>STIPULATION AND ORDER TO CONTINUE HEARING DATE FOR MOTION FOR RETURN OF PROPERTY<br><br>Date: January 23, 2013<br>Time: 2:00 p.m.<br>Courtroom: 27, 8th Floor |

The United States of America and Nicholas Street, Nancy Sopeany Pheng Street, and SANSCO dba El Camino Wellness Center, through their respective counsel, hereby stipulate, and respectfully request that the Court so order, that the hearing on the Motion for Return of Property, currently set for January 23, 2013, be continued to January 30, 2013, due to the unavailability of United States' counsel.

WHEREFORE, based on the foregoing, and for good cause shown, the parties

///

///

///

1       Stipulation and Order to Continue Hearing Date

1  hereby stipulate that the hearing on the Motion for Return of Property be continued
2  from January 23, 2013, to January 30, 2013, before Magistrate Judge Edmund F.
3  Brennan.
4
5  Dated: 1/8/13                             BENJAMIN B. WAGNER
                                             United States Attorney
6
7                                            By: /s/ Kevin C. Khasigian
                                             KEVIN C. KHASIGIAN
8                                            Assistant U.S. Attorney
9
10 Dated: 1/7/13                             /s/ David M. Michael
                                             DAVID M. MICHAEL
11                                           Attorney for Plaintiffs Nicholas Jason Street,
                                             Nancy Sopeany Pheng Street, and SANSCO
12                                           (Authorized by email)
13
14
       **IT IS SO ORDERED.**
15
   DATED: January 9, 2013.
16
17
                                             _____
18                                           DALE A. DROZD
                                             UNITED STATES MAGISTRATE JUDGE
19
20
21 Dad1.crim
   limewood0303.stipord.cont.wpd
22
23
24
25
26
27
28

                                    2        Stipulation and Order to Continue Hearing Date