1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS JASON STREET, NANCY SOPEANY PHENG STREET, AND SANSCO DBA EL CAMINO WELLNESS CENTER, A CALIFORNIA CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | 2:12-SW-00303-DAD<br><br>[and related case 2:12-SW-00320-DAD]<br><br>STIPULATION AND ORDER TO CONTINUE HEARING DATE FOR MOTION FOR RETURN OF PROPERTY<br><br>Date: January 30, 2013<br>Time: 2:00 p.m.<br>Courtroom: 27, 8th Floor |

The United States of America and Nicholas Street, Nancy Sopeany Pheng Street, and SANSCO dba El Camino Wellness Center, through their respective counsel, hereby stipulate, and respectfully request that the Court so order, that the hearing on the Motion for Return of Property, currently set for January 30, 2013, be continued to March 6, 2013, due to ongoing settlement discussions.

WHEREFORE, based on the foregoing, and for good cause shown, the parties

///
///
///

hereby stipulate that the hearing on the Motion for Return of Property be continued from January 30, 2013 to March 6, 2013, at 2:00 p.m., before Magistrate Judge Carolyn K. Delaney.

Dated: 1/11/13                     BENJAMIN B. WAGNER
                                   United States Attorney

                                   By: /s/ Kevin C. Khasigian
                                   KEVIN C. KHASIGIAN
                                   Assistant U.S. Attorney

Dated: 1/11/13                     /s/ David M. Michael
                                   DAVID M. MICHAEL
                                   Attorney for Plaintiffs Nicholas Jason Street,
                                   Nancy Sopeany Pheng Street, and SANSCO
                                   (Authorized by phone)

**IT IS SO ORDERED.**

DATED: January 14, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
1527limewood0303.stipord.cont-2.wpd

2        Stipulation and Order to Continue Hearing Date