BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS JASON STREET, NANCY SOPEANY PHENG STREET, AND SANSCO DBA EL CAMINO WELLNESS CENTER, A CALIFORNIA CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | 2:12-SW-00303-DAD<br><br>[and related case 2:12-SW-00320-DAD]<br><br>STIPULATION AND ORDER TO CONTINUE HEARING DATE FOR MOTION FOR RETURN OF PROPERTY<br><br>Date: March 6, 2013<br>Time: 2:00 p.m.<br>Courtroom: 27, 8th Floor |

The United States of America and Nicholas Street, Nancy Sopeany Pheng Street, and SANSCO dba El Camino Wellness Center, through their respective counsel, hereby stipulate, and respectfully request that the Court so order, that the hearing on the Motion for Return of Property, currently set for March 6, 2013, be continued to April 10, 2013, due to ongoing settlement discussions.

WHEREFORE, based on the foregoing, and for good cause shown, the parties

///

///

///

1   Stipulation and Order to Continue Hearing Date

1 hereby stipulate that the hearing on the Motion for Return of Property be continued
2 from March 6, 2013 to April 10, 2013.

Dated: 2/8/13                    BENJAMIN B. WAGNER
                                 United States Attorney

                         By: /s/ Kevin C. Khasigian
                             KEVIN C. KHASIGIAN
                             Assistant U.S. Attorney

Dated: 2/8/13                    /s/ David M. Michael
                                 DAVID M. MICHAEL
                                 Attorney for Plaintiffs Nicholas Jason Street,
                                 Nancy Sopeany Pheng Street, and SANSCO
                                 (Authorized by email)

**IT IS SO ORDERED.**

Dated: 2/11/2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE