BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>          Plaintiff,<br><br>     v.<br><br>1527 LIMEWOOD ROAD<br>          Defendant,<br><br>NICHOLAS JASON STREET,<br>NANCY SOPEANY PHENG STREET,<br>AND SANSCO DBA EL CAMINO<br>WELLNESS CENTER, A.<br>CALIFORNIA CORPORATION,<br>          Claimants. | 2:12-SW-00303-DAD<br><br>[and related case 2:12-SW-00320-DAD]<br><br>STIPULATION AND ORDER TO<br>CONTINUE HEARING DATE FOR<br>MOTION FOR RETURN OF PROPERTY<br><br>Date: May 15, 2013<br>Time: 2:00 p.m.<br>Courtroom: 24, 8th Floor |

The United States of America and Nicholas Street, Nancy Sopeany Pheng Street, and SANSCO dba El Camino Wellness Center, through their respective counsel, hereby stipulate, and respectfully request that the Court so order, that the hearing on the Motion for Return of Property, currently set for May 15, 2013, be continued to June 19, 2013, due to ongoing settlement discussions.

WHEREFORE, based on the foregoing, and for good cause shown, the parties

///

///

1        Stipulation and Order to Continue Hearing Date

1 | hereby stipulate that the hearing on the Motion for Return of Property be continued
2 | from May 15, 2013 to June 19, 2013.

4 | Dated: 4/30/13           BENJAMIN B. WAGNER
                              United States Attorney

6 |                          By: /s/ Kevin C. Khasigian
7 |                              KEVIN C. KHASIGIAN
                                 Assistant U.S. Attorney

9 | Dated: 4/29/13            /s/ David M. Michael
                              DAVID M. MICHAEL
10 |                          Attorney for Claimants Nicholas Jason Street,
                              Nancy Sopeany Pheng Street, and SANSCO
11 |                          (Authorized by phone)

**IT IS SO ORDERED.**

Dated: May 1, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2    Stipulation and Order to Continue Hearing Date