BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-SW-00303-DAD |
|---|---|
| Plaintiffs, | |
| v. | STIPULATION AND ORDER TO CONTINUE HEARING DATE FOR MOTION FOR RETURN OF PROPERTY |
| 1527 LIMEWOOD ROAD, WEST SACRAMENTO, CA, | |
| Defendant, | |
| NICHOLAS JASON STREET, NANCY SOPEANY PHENG STREET, AND SANSCO DBA EL CAMINO WELLNESS CENTER, A CALIFORNIA CORPORATION, | Date: June 19, 2013<br>Time: 2:00 p.m.<br>Courtroom: 24, 8th Floor |
| Claimants. | |

The United States of America and Nicholas Street, Nancy Sopeany Pheng Street, and SANSCO dba El Camino Wellness Center, through their respective counsel, hereby stipulate, and respectfully request that the Court so order, that the hearing on the Motion for Return of Property, currently set for June 19, 2013, be continued to August 8, 2013, due to ongoing settlement discussions.

WHEREFORE, based on the foregoing, and for good cause shown, the parties

///

1  hereby stipulate that the hearing on the Motion for Return of Property be continued
2  from June 19, 2013 to August 8, 2013.

4  Dated: 6/3/13                                    BENJAMIN B. WAGNER
                                                    United States Attorney

6                                                   By: /s/ Kevin C. Khasigian
                                                    KEVIN C. KHASIGIAN
7                                                   Assistant U.S. Attorney

9  Dated: 6/3/13                                    /s/ David M. Michael
                                                    DAVID M. MICHAEL
10                                                  Attorney for Plaintiffs Nicholas Jason Street,
                                                    Nancy Sopeany Pheng Street, and SANSCO

                                                    (Authorized by email)

**IT IS SO ORDERED.**

DATED: June 3, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
1527Limewood0303.stipord.cont-3.wpd

2      Stipulation and Order to Continue Hearing Date