1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-SW-00303-DAD |
| Plaintiffs, | |
| v. | STIPULATION AND ORDER TO CONTINUE HEARING DATE FOR MOTION FOR RETURN OF PROPERTY |
| 1527 LIMEWOOD ROAD, WEST SACRAMENTO, CA, | |
| Defendant, | |
| NICHOLAS JASON STREET, NANCY SOPEANY PHENG STREET, AND SANSCO DBA EL CAMINO WELLNESS CENTER, A CALIFORNIA CORPORATION, | Date: October 17, 2013<br>Time: 2:00 p.m.<br>Courtroom: 25, 8th Floor |
| Claimants. | |

The United States of America and Nicholas Street, Nancy Sopeany Pheng Street, and SANSCO dba El Camino Wellness Center, through their respective counsel, hereby stipulate, and respectfully request that the Court so order, that the hearing on the Motion for Return of Property, currently set for October 17, 2013, be continued to November 14, 2013, due to ongoing settlement discussions.

WHEREFORE, based on the foregoing, and for good cause shown, the parties

///

///

1    Stipulation and Order to Continue Hearing Date

1 | hereby stipulate that the hearing on the Motion for Return of Property be continued
2 | from October 17, 2013 to November 14, 2013.

4  Dated: 9/30/13                BENJAMIN B. WAGNER
                                 United States Attorney

6                                By: /s/ Kevin C. Khasigian
                                 KEVIN C. KHASIGIAN
7                                Assistant U.S. Attorney

9  Dated: 9/27/13                /s/ David M. Michael
                                 DAVID M. MICHAEL
10                               Attorney for Plaintiffs Nicholas Jason Street,
                                 Nancy Sopeany Pheng Street, and SANSCO

12                               (Authorized by email)

**IT IS SO ORDERED.**

Dated: October 1, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE