1 BENJAMIN B. WAGNER
United States Attorney
2 KEVIN C. KHASIGIAN
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, CA  95814
4 Telephone: (916) 554-2700

5 Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-SW-00303-DAD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE HEARING DATE FOR MOTION FOR RETURN OF PROPERTY |
| v. | |
| 1527 LIMEWOOD ROAD, WEST SACRAMENTO, CA, | DATE: NOVEMBER 25, 2013 |
| Defendant, | TIME: 2:00 P.M. |
| | COURTROOM: 27, 8TH FLOOR |
| NICHOLAS JASON STREET, NANCY SOPEANY PHENG STREET, AND SANSCO DBA EL CAMINO WELLNESS CENTER, A CALIFORNIA CORPORATION, | |
| Claimants. | |

The United States of America and Nicholas Street, Nancy Sopeany Pheng Street, and SANSCO dba El Camino Wellness Center, through their respective counsel, hereby stipulate, and respectfully request that the Court so order, that the hearing on the Motion for Return of Property, currently set for November 25, 2013, be continued to December 16, 2013, due to ongoing settlement discussions.

WHEREFORE, based on the foregoing, and for good cause shown, the

///

///

parties hereby stipulate that the hearing on the Motion for Return of Property be continued from November 25, 2013 to December 16, 2013.

Dated: 11/7/13     BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 11/8/13     /s/ David M. Michael
DAVID M. MICHAEL
Attorney for Plaintiffs Nicholas Jason Street, Nancy Sopeany Pheng Street, and SANSCO

(Authorized by email)

**IT IS SO ORDERED.**

Dated: November 8, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
12sw303.Limewood.11.08.13