1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-SW-00303-DAD |
|---|---|
| Plaintiff, | *AMENDED* STIPULATION AND ORDER TO CONTINUE HEARING DATE FOR MOTION FOR RETURN OF PROPERTY |
| v. | |
| 1527 LIMEWOOD ROAD, WEST SACRAMENTO, CA, | DATE: February 4, 2014 |
| Defendant, | TIME: 10;00 A.M. |
| NICHOLAS JASON STREET, NANCY SOPEANY PHENG STREET, AND SANSCO DBA EL CAMINO WELLNESS CENTER, A CALIFORNIA CORPORATION, | COURTROOM: 27, 8TH Floor |
| Claimants. | |

The United States of America and Nicholas Street, Nancy Sopeany Pheng Street, and SANSCO dba El Camino Wellness Center, through their respective counsel, hereby stipulate, and respectfully request that the Court so order, that the hearing on the Motion for Return of Property, currently set for December 16, 2013, be continued to February 4, 2014, due to ongoing settlement discussions.

WHEREFORE, based on the foregoing, and for good cause shown, the

///

///

1

parties hereby stipulate that the hearing on the Motion for Return of Property be continued from December 16, 2013 to February 4, 2014 at 10:00 am before Magistrate Judge Drozd.

Dated: 12/3/13                               BENJAMIN B. WAGNER
                                             United States Attorney

                                             By: /s/ Kevin C. Khasigian
                                             KEVIN C. KHASIGIAN
                                             Assistant U.S. Attorney

Dated: 12/3/13                               /s/ David M. Michael
                                             DAVID M. MICHAEL
                                             Attorney for Plaintiffs Nicholas Jason Street,
                                             Nancy Sopeany Pheng Street, and SANSCO

                                             (Authorized by email)

**IT IS SO ORDERED.**

Dated:  December 3, 2013

Dad1.crim
12sw303.limewood.12.03.13

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE