BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>1527 LIMEWOOD ROAD, WEST SACRAMENTO, CA,<br>Defendant,<br><br>NICHOLAS JASON STREET, NANCY SOPEANY PHENG STREET, AND SANSCO DBA EL CAMINO WELLNESS CENTER, A CALIFORNIA CORPORATION,<br><br>Claimants. | 2:12-SW-00303-DAD<br><br>STIPULATION AND ORDER TO CONTINUE HEARING DATE FOR MOTION FOR RETURN OF PROPERTY<br><br>DATE: March 6, 2014<br>TIME: 2:00 P.M.<br>COURTROOM: 26, 8TH FLOOR |
|---|---|

The United States of America and Nicholas Street, Nancy Sopeany Pheng Street, and SANSCO dba El Camino Wellness Center, through their respective counsel, hereby stipulate, and respectfully request that the Court so order, that the hearing on the Motion for Return of Property, currently set for March 6, 2014, be continued to May 6, 2014, due to ongoing settlement discussions.

WHEREFORE, based on the foregoing, and for good cause shown, the

///

///

parties hereby stipulate that the hearing on the Motion for Return of Property be continued from March 6, 2014 to May 6, 2014 at 2:00 p.m. before Magistrate Judge Claire.

Dated: 2/18/14

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 2/18/14

/s/ David M. Michael
DAVID M. MICHAEL
Attorney for Plaintiffs Nicholas Jason Street, Nancy Sopeany Pheng Street, and SANSCO

(Authorized by email)

**IT IS SO ORDERED.**

Dated: 2/19/14

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE