1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br>1527 LIMEWOOD ROAD, WEST SACRAMENTO, CA,<br><br>           Defendant,<br><br>NICHOLAS JASON STREET, NANCY SOPEANY PHENG STREET, AND SANSCO DBA EL CAMINO WELLNESS CENTER, A CALIFORNIA CORPORATION,<br><br>           Claimants. | 2:12-SW-00303-DAD<br><br>STIPULATION AND ORDER TO CONTINUE HEARING DATE FOR MOTION FOR RETURN OF PROPERTY<br><br>DATE: May 6, 2014<br>TIME: 2:00 P.M.<br>COURTROOM: 26, 8TH FLOOR |
|---|---|

The United States of America and Nicholas Street, Nancy Sopeany Pheng Street, and SANSCO dba El Camino Wellness Center, through their respective counsel, hereby stipulate, and respectfully request that the Court so order, that the hearing on the Motion for Return of Property, currently set for May 6, 2014, be continued to July 15, 2014, due to ongoing settlement discussions.

WHEREFORE, based on the foregoing, and for good cause shown, the

///

///

1

Stipulation and Order to Continue Hearing Date

1 parties hereby stipulate that the hearing on the Motion for Return of Property be
2 continued from May 6, 2014, to July 15, 2014 at 2:00 p.m. before the Duty Magistrate
3 Judge.

5 Dated: 4/18/14                    BENJAMIN B. WAGNER
                                    United States Attorney

7                                   By: /s/ Kevin C. Khasigian
                                    KEVIN C. KHASIGIAN
8                                   Assistant U.S. Attorney

10 Dated: 4/18/14                   /s/ David M. Michael
                                    DAVID M. MICHAEL
11                                  Attorney for Plaintiffs Nicholas Jason Street,
                                    Nancy Sopeany Pheng Street, and SANSCO

                                    (Authorized by email)

14     **IT IS SO ORDERED.**
15 Dated:  April 21, 2014

                                    _____
                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE