1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6
7
8              IN THE UNITED STATES DISTRICT COURT
9                 EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,         | 2:12-SW-00303-DAD
12 |          Plaintiff,               | STIPULATION AND ORDER TO
   |                                   | CONTINUE HEARING DATE FOR
13 |      v.                           | MOTION FOR RETURN OF PROPERTY
14 | 1527 LIMEWOOD ROAD, WEST
   | SACRAMENTO, CA,                   | DATE: July 15, 2014
15 |          Defendant,               | TIME: 2:00 P.M.
   |                                   | COURTROOM: 26, 8TH FLOOR
16 | NICHOLAS JASON STREET,
   | NANCY SOPEANY PHENG STREET,
17 | AND SANSCO DBA EL CAMINO
   | WELLNESS CENTER, A
18 | CALIFORNIA CORPORATION,
19 |          Claimants.

20

21     The United States of America and Nicholas Street, Nancy Sopeany Pheng Street,
22 and SANSCO dba El Camino Wellness Center, through their respective counsel, hereby
23 stipulate, and respectfully request that the Court so order, that the hearing on the Motion
24 for Return of Property, currently set for July 15, 2014, be continued to September 4, 2014,
25 due to ongoing settlement discussions.
26 ///
27 ///
28 ///

                                    1

1  WHEREFORE, based on the foregoing, and for good cause shown, the parties hereby
2  stipulate that the hearing on the Motion for Return of Property be continued from July 15,
3  2014, be continued to September 4, 2014 at 2:00 p.m. before Magistrate Judge Newman.
4
5  Dated: <u>5/22/14</u>                                    BENJAMIN B. WAGNER
                                                            United States Attorney
6
7                                                  By: <u>/s/ Kevin C. Khasigian</u>
                                                       KEVIN C. KHASIGIAN
8                                                      Assistant U.S. Attorney
9
10 Dated: <u>5/21/14</u>                                   /s/ David M. Michael
                                                          DAVID M. MICHAEL
11                                                        Attorney for Plaintiffs Nicholas Jason Street,
                                                          Nancy Sopeany Pheng Street, and SANSCO
12
13                                                        (Authorized by email)
14       **IT IS SO ORDERED.**
15 Dated:  May 28, 2014
16
17                                                 _____
                                                   DALE A. DROZD
18                                                 UNITED STATES MAGISTRATE JUDGE
19 Dad1.crim
   12sw0303.stipo.cont.Limewood1
20

2

Stipulation and Order to Continue Hearing Date